

Genna A. Conti
Partner
+1 973.596.4563 (t)
gconti@fbtgibbons.com

May 22, 2026

**VIA ELECTRONIC FILING**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Glenn A. Becker, M.D., PLLC v. Cigna Health and Life Insurance Company*,
Case No. 26-CV-2522 (RA)**

Dear Judge Abrams:

This firm represents Defendant Cigna Health and Life Insurance Company ("Cigna") in the above-referenced matter. We write, with consent from Plaintiff Glenn A. Becker, M.D., PLLC, to respectfully request, in accordance with the Order and Notice of Initial Conference, *see* ECF No. 6, that the Court adjourn the initial status conference currently scheduled for May 29, 2026 at 4:00 P.M. until after the Court issues a decision on Plaintiff's motion to remand, which is currently being briefed by the parties, and Cigna files its response to the Complaint, *see* ECF No. 14.

Should Your Honor you have any questions or concerns please do not hesitate to contact me. Thank you for your attention to this matter.

Application granted. The conference previously scheduled for May 29, 2026 is adjourned *sine die*.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 27, 2026

Respectfully submitted,

 /s/ Genna A. Conti
Genna A. Conti